In the Matter of ABRAHAM KAPLAN, Appellant, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Respondents.

Argued June 4, 1953; decided July 14, 1953.

*Monroe I. Katcher, II,* and *Samuel Bernstein* for appellant.

*William Hoppen* and *Alvin McKinley Sylvester* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.